UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA JACOBSEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Defendant. | Case No.  5:14-cv-03669 EJD<br><br>**ORDER TO SHOW CAUSE** |

On November 26, 2014, the Clerk issued a notice which scheduled a Case Management Conference for this action on February 12, 2015, and required the parties to file a Joint Case Management Conference Statement on or before February 5, 2015.  See Docket Item No. 12. Defendant filed a separate Case Management Statement after receiving no response from Plaintiffs.  See Docket Item No. 13.  As of the date and time this order was filed, however, Plaintiffs have not filed a Case Management Statement or explained why they failed to cooperate in the filing of a joint statement.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order.  If Plaintiffs do not, by **February 13, 2015**, file a Case Management Conference Statement which conforms to the undersigned's Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Case Management Conference scheduled for February 12, 2015,

1

Case No.: 5:14-cv-03669 EJD
ORDER TO SHOW CAUSE

is VACATED and will be reset if necessary upon resolution of the issue addressed herein.

**IT IS SO ORDERED.**

Dated:  February 9, 2015

EDWARD J. DAVILA
United States District Judge