1   Joe B. Ritchey, Esq.
2   Attorney at Law
    161 Spreading Oak Drive
3   Scotts Valley, CA 95066
    831-440-9050
4

5

6                        UNITED STATES DISTRICT COURT
7
                        NORTHERN DISTRICT OF CALIFORNIA
8
9                             SAN JOSE DIVISION

10  CYNTHIA JACOBSEN, ANKER JACOBSEN,    ]   Case No. 5:14-cv-03669 EJD
                                          ]
11                         Plaintiffs,    ]   **DECLARATION OF JOE B. RITCHEY**
12        vs.                             ]   **IN RESPONSE TO ORDER TO SHOW**
                                          ]   **CAUSE**
13  NATIONAL RAILROAD PASSENGER           ]
    CORPORATION doing business as AMTRAK, ]
14  and DOES 1 through 100, inclusive,    ]
                                          ]
15                         Defendants.    ]
16  _____     ]

17      I, Joe B. Ritchey, declare,

18  [1]   My name  must have somehow become 'of record' in this case during its  removal from  State

19  Court but my address did not become associated with the removal.  I have had no communications with

20  anyone about this Federal Court Proceeding and was surprised  when I received notice of  what I assume

21  must be a type of default.  I never had   knowledge I was supposed to be doing anything in this case.

22  [2]    I never received emails  nor any other notice from the federal court about the removal nor notice

23  of a  Case Management Hearing, nor the Order related thereto. [Mr. Schwartz apparently thought I was

    receiving the  notices he was receiving from the federal court.]

24  [3]    Mr. Schwartz, who was/ is active  in this case at the State Bar level in this case is taking immediate

25  steps to take over this matter in the Northern District. Based on the reciprocal Bar admission, I expect he

26  will  be active counsel in this matter within the next  20-30 days.

27  [4]    A dismissal of the case will likely terminate plaintiffs' rights due to statute of limitations.

28

    DECLARATION OF JOE B. RITCHEY IN RESPONSE TO ORDER TO SHOW CAUSE        1

1

2  [5]  I have looked at the merits of the claim. It appears to have merits. It is about a  couple  who set out

3  to enjoy their 16th wedding anniversary by passenger rail that turned into a horrible nightmare. Plaintiff

4  Anker Jacobsen is a Vietnam combat veteran. These plaintiffs should not have their case dismissed

5  because of the procedural problems , the  cause of which are not relevant to the merits of this case

6  [6]  On their  behalf I request a 30  extension of time to permit  some other counsel, I assume Mr.

7  Schwartz, to  become of record  and  get the Case Management proceedings re-calendared.

8  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and

9  correct.  Santa Cruz

10  Thank you.

11

12  Dated: February 10, 2015

13                                                         Joe B. Ritchey

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28