AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

CYNTHIA JACOBSEN, ANKER JACOBSEN
        Plaintiff(s),
V.
NATIONAL RAILROAD PASSENGER CORP
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-14-03669 EJD

Notice is hereby given that, subject to approval by the court, __ANKER JACOBSEN__ substitutes
                            (Party(s) Name)

__DONALD CHARLES SCHWARTZ__, State Bar No. __122476__ as counsel of record in
(Name of New Attorney)

place of __JOE B. RITCHEY__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LAW OFFICES OF DONALD C. SCHWARTZ |
| Address: | 7960-B SOQUEL DRIVE, NO. 291 |
| Telephone: | (831) 331-9909     Facsimile (815) 301-6556 |
| E-Mail (Optional): | donald@lawofficedonaldschwartz.com |

I consent to the above substitution.
Date: 3/5/15

See Attached
Anker Jacobsen
(Signature of Party(s))

I consent to being substituted.
Date:

(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/5/15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/6/2015

United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

*AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| CYNTHIA JACOBSEN, ANKER JACOBSEN<br>Plaintiff(s)<br>V.<br>NATIONAL RAILROAD PASSENGER CORP<br>Defendant(s) | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: CV-14-03669 EJD |

Notice is hereby given that, subject to approval by the court, __ANKER JACOBSEN__ substitutes
(Party (s) Name)

__DONALD CHARLES SCHWARTZ__ State Bar No. __122476__ as counsel of record in
(Name of New Attorney)

place of __JOE B RITCHEY__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICES OF DONALD C SCHWARTZ
Address: 7960-B SOQUEL DRIVE, NO 291
Telephone: (831) 331-9909    Facsimile (815) 301-6556
E-Mail (Optional): donald@lawofficedonaldschwartz.com

I consent to the above substitution.
Date: 3/5/15

_Anker Jacobsen_
(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]