UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA JACOBSEN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Defendant. | Case No. 14-cv-03669-EJD<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO STRIKE**<br><br>**(Re: Docket No. 51)** |

Before the court is a motion to strike by Defendant National Railroad Passenger Corporation.[1] Plaintiffs have filed no opposition to the motion.[2] Pursuant to Civ. L.R. 7-1(b), the court finds the matter suitable for disposition without oral argument. The hearing scheduled for Tuesday, May 24, 2016 is vacated. An order granting the motion will follow.

**SO ORDERED.**

Dated: May 19, 2016

                                            _____
                                            PAUL S. GREWAL
                                            United States Magistrate Judge

---

[1] *See* Docket No. 51.

[2] *See* Docket No. 54.